IN THE SUPREME COURT OF NORTH CAROLINA

No. 34A15

Filed 18 March 2016

SAMMY R. PRUETT,
              Plaintiff

       v.

JOEL D. BINGHAM and JEAN'S BUS SERVICE, INC.,
              Defendants and Third-Party Plaintiffs
       v.

GREGORY ALAN WIGGINS, MATTHEW BRACKETT, and MOUNTAIN HOME
FIRE & RESCUE DEPARTMENT, INC.,
              Third-Party Defendants


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 767 S.E.2d 357 (2014), affirming an order entered on 17 October 2013, as amended by an order entered on 23 January 2014, both by Judge Hugh B. Lewis in Superior Court, Rutherford County.  Heard in the Supreme Court on 17 February 2016.

> *Davis & Hamrick, LLP, by Ann C. Rowe and H. Lee Davis, Jr., for defendants and third-party plaintiff-appellants.*

> *Michael E. Casterline; and Brazil & Burke, P.A., by Meghann K. Burke and W.O. Brazil, III, for third-party defendant-appellees Matthew Brackett and Mountain Home Fire & Rescue Department, Inc.*


 PER CURIAM.


AFFIRMED.